**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-7005**

———————————

JERRY ADAM HELMS, JR.,

         Plaintiff - Appellant,

  versus

DANNY RUMER, Warden; PAUL R. SANDERS, Sheriff,

         Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Peter J. Messitte, District Judge.  (CA-
99-2300-PJM)

———————————

Submitted:  November 30, 2000   Decided:  December 6, 2000

———————————

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Jerry Adam Helms, Jr., Appellant Pro Se.  John Francis Breads, Jr.,
Columbia, Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jerry Adam Helms, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Helms v. Rumer, No. CA-99-2300-PJM (D. Md. June 27, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED